KEITH A. WEAVER
Nevada Bar No. 10271
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
E-Mail: weaver@lbbslaw.com
*Attorneys for Defendant Kanawha Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STERLING RESPASS, | Case No. 2:10-cv-01977-PMP-RJJ |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| KANAWHA INSURANCE COMPANY, and DOES 1 to 100, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff STERLING RESPASS and Defendant KANAWHA INSURANCE COMPANY, by and through their respective counsel of record, that the above entitled action against Defendant shall be dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 6th day of June, 2011.                    DATED this 6th day of June, 2011.

LEWIS BRISBOIS BISBAARD & SMITH          DAVID ALLEN & ASSOCIATES

/s/ *Keith A. Weaver*                                  /s/ *David Allen*
_____          _____
Keith A. Weaver, Esq.                               David Allen, Esq.
Nevada Bar No. 10271                               SBN No. 2183
6385 S. Rainbow Blvd., #600                     3960 Howard Hughes Pkwy., #500
Las Vegas, Nevada 89118                         Las Vegas, NV 89169
*Attorneys for Defendant Kanawha Insurance Company*   *Attorneys for Plaintiff Sterling Respass*



4819-2978-0233.1

Respass vs. Kanawha Insurance Company
Stipulation And Order For Dismissal With Prejudice
Case No. 2:10-cv-01977-PMP-RJJ

### ORDER

Based upon the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant is hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this ___ 7th day of June, 2011.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Keith A. Weaver
By _____
Keith A. Weaver
Nevada Bar No. 10271
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant Kanawha Insurance Company*



4819-2978-0233.1